IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3:11mj490 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN W. DUDLEY, | ) | |
| | ) | |
| Defendant. | ) | |

### CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, JOHN W. DUDLEY, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

### COUNT ONE

On or about September 3, 2011 in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court and being a place within the special territorial jurisdiction of the United States, defendant, JOHN W. DUDLEY, was found operating a motor vehicle on the highways of Virginia, after his license and privilege to operate a motor vehicle had been suspended, this being his fifth offense in ten years.

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Section 46.2-301.)

## COUNT TWO

On or about September 3, 2011, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court and being a place within the special territorial jurisdiction of the United States, defendant, JOHN W. DUDLEY, was found operating a motor vehicle on a highway in Virginia, with license plates that are issued to another vehicle.

(In violation of 32 C.F.R. Section 634.25(f), assimilating the 1950 Code of Virginia, as amended, Section 46.2-613(2).)

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: *[signature]*
Michael T. O'Neill
Special Assistant United States Attorney