PROB 35
(Mod.ED/VA-Rev. 05/05)

Report and Order Terminating Probation
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.

Crim. No. 3:11MJ00490-001

John W. Dudley

FILED
APR 12 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

On January 5, 2012, the above-named defendant was placed on probation for a period of six (6) months. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

/s/ Twila W. Brown
Twila W. Brown
Senior U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this 12th day of April, 2012.

/s/ M. Hannah Lauck
M. Hannah Lauck
United States Magistrate Judge

M. Hannah Lauck
United States Magistrate Judge

TO CLERK'S OFFICE



APR 1 2 2012